STATE OF NEW JERSEY, APPELLANT, v. STANLEY GOLDBERT, RESPONDENT.

Argued May 21, 1940—Decided December 12, 1940.

For the appellant, *John J. Breslin, Jr.*

For the respondent, *Gaudielle & Shuart.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—BODINE, PERSKIE, PORTER, DEAR, WELLS, WOLFSKEIL, HAGUE, JJ. 7.

*For reversal*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, DONGES, JJ. 4.